UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NURCA MELVA CABRERA,

        Plaintiff,                Case no. 15-10714
                                                  Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge R. Steven Whalen's February 29, 2016 Report and Recommendation. Upon reviewing the entire matter;

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is DENIED, and Plaintiff's motion for summary judgment is GRANTED to the extent that the case is REMANDED for further fact-finding, consistent with Magistrate Judge R. Steven Whalen's Report and Recommendation.

                                                                   s/John Corbett O'Meara
                                                                   United States District Judge

Date: March 22, 2016

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 22, 2016, using the ECF system.

                                                                   s/William Barkholz
                                                                   Case Manager